This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41996**

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**GERALD STINEBAUGH a/k/a
GERALD WINSTON STINEBAUGH,**

Defendant-Appellee.

**APPEAL FROM THE METROPOLITAN COURT OF BERNALILLO COUNTY
Maria I. Dominguez, Metropolitan Court Judge**

Raúl Torrez, Attorney General
Santa Fe, NM
Eric Orona, Assistant Solicitor General
Albuquerque, NM

for Appellant

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellee

### MEMORANDUM OPINION

**WRAY, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. Appellant has filed a notice with this Court informing us that it will not be filing a memorandum in opposition. No memorandum opposing the proposed disposition has been filed, and the time for doing so has expired. Accordingly, we rely on the reasoning contained in our notice of proposed disposition. **AFFIRMED**.

{2}    IT IS SO ORDERED.

KATHERINE A. WRAY, Judge

WE CONCUR:

KRISTINA BOGARDUS, Judge

SHAMMARA H. HENDERSON, Judge